FILED
FEB - 9 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
STEPHEN LAZOTT,
Aka: "Steve Lazott"
Defendant.

Case No.: 16MJ0390
COMPLAINT FOR VIOLATION OF

Title 18, U.S.C. §1594(a) – Attempted Sex Trafficking of Children

The undersigned Complainant, being duly sworn, states:

On or about and between April 14, 2015 and February 8, 2016, within the Southern District of California, and in and affecting interstate and foreign commerce, defendant STEPHEN LAZOTT aka Steve Lazott, did knowingly attempt to recruit, entice, harbor, transport, provide, obtain, maintain, patronize and solicit a person whom he believed was under the age of 18 years and would be caused to engage in a commercial sex act in violation of 18 U.S.C. §1591, 1594(a).

//

//

//

//

//

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

CHRIS HAUGHEY
Special Deputy U.S. Marshal

Sworn to me and subscribed in my presence this 9 day of February 2016.

Barbara L. Major
U.S. MAGISTRATE JUDGE

**STATEMENT OF FACTS**

On February 3, 2016, I was contacted by San Diego Police Juvenile Service Officer Bayless. She emailed me a referral for an investigation regarding the recruitment of a minor for commercial sex via Facebook. Essentially Officer Bayless told me the mother a 16 year old minor female (hereinafter "MF") contacted the front counter at the Mid-city San Diego Police substation to report an online enticement.

Officer Bayless spoke with the mother of MF, Christine H.[1] who stated her daughter's Facebook account received messages from the account "Steve Lazott" (https://www.facebook.com/steve.lazott) which she believed were inappropriate and lewd. Christine H. gave Officer Bayless MF's logon information for the account and consent to access and view the account. Officer Bayless took screenshots of the conversation.

Officer Bayless provided me with screenshots of the Facebook messaging between MF and "Steve Lazott". On February 3, 2016 I spoke to Christine H. by

[1] The mother's last name is purposefully redacted.

phone. She provided me with consent to access her daughter's Facebook page, who was also present in the background. The mother told me she routinely checks her daughter's Facebook account using the logon information provided. I asked MF's mother if I could use the account and pose as her daughter and she consented. MF's mother stated she and MF are fearful because of "Steve Lazott".

I reviewed the publically accessible content of the "Steve Lazott" Facebook page. There were numerous public images depicting a white male who appeared to be in his late 30's with a goatee and short blondish hair. He listed his family member as "Russell Lazott".

I conducted a Police database search for "Steve" and "Stephen" Lazott. I located numerous contacts for Stephen Lazott. I compared Lazott's California DMV photograph to the public images on the Facebook account, "Steve Lazott" and they appeared to be the same person. Additionally, based on law enforcement databases, Stephen Lazott's father appears to be Russell Lazott, the same person named as his family member on his Facebook account.

Using the logon information provided my MF's mother, I viewed the conversation content between MF and "Steve Lazott". The conversation was initiated by Lazott on April 14, 2015. On May 17, 2015, "Steve Lazott" asks MF if she would be interested in making money, "like 300 to 500 a week for about 20 min of work". On June 7, 2015, "Steve Lazott" asks MF if she would do a "car date" and he would give her money. I know that a car date refers to a prostitution act where the commercial sex act is conducted in a car. On October 15, 2015, MF's mother responded to "Steve Lazott" telling him to "stop texting my daughter".

This conversation ends and doesn't start again until February 2, 2016. Once the conversation was re-initiated in February 2016, MF's mother was messaging "Steve Lazott" using MF's Facebook account.

Between February 2, 2016, and February 3, 2016, "Steve Lazott" told MF he wants her to do a "car date" and he would pay her. He tells MF he wants to meet up for a "BJ" and he could help her out with "shopping stuff". Based on my training and experience, I know the acronym "BJ" to refers to a "Blow Job" or oral copulation.

"Steve Lazott" asks MF how old she is and she responds "I'm in High School". "Steve Lazott" continues to ask MF if she wants to see him. In the evening on February 3, 2016, I took control of MF's Facebook account and began messaging him posing as MF.

Between February 3, 2016 and February 8, 2016, "Steve Lazott" asked MF if she would still do a business arrangement with him. He essentially messaged that he lives in Oceanside and he wanted to see MF so I could "take care" of him. When asked what I had to do to "take care of him", he stated, "Just sucking my dick and fucking". I told "Steve Lazott" I was 16 years old and I lived with my parents.

He essentially told me he would pay me "60" and he would come to me. "Steve Lazott" reminded me on multiple occasions not to talk to anyone about the conversation. "Steve Lazott" told me he wanted me to spend the night in Escondido with him and asked if my parents would say "no".

On February 8, 2016, "Steve Lazott" asked me if I had any nude pictures to send him. He also asked me if I was "ok with putting your pussy on my dick" and he was allergic to condoms. "Steve Lazott" told me it was okay if I had any friends I wanted to bring.

At approximately 1652 hours on February 8, 2016, I told "Steve Lazott" I would meet him at the Walgreens at 3222 University Avenue. He again asked are "you gonna stick your lil pussy on my dick" and when I said "for 60", he responded, "It won't last long, if you want I can put it in your ass instead".

I conducted a records check and identified two possible vehicles registered with the California Department of Motor Vehicles under the name Stephen Lazott. One of those vehicles was a Gold Toyota Camry bearing California license plate 4UCX661.

At approximately 1823 hours I told "Steve Lazott" I was at the Walgreens and waiting for him. At approximately 1855 hours I observed a gold Toyota Camry enter the parking lot of the Walgreens. I received a message from "Steve Lazott" confirming he was "here" and telling me to go in front of the Walgreens. I observed Stephen Lazott sit on the trunk of his vehicle holding his cell phone. Based on the messaging, the vehicle and his appearance I determined it was "Steve Lazott" and requested a marked Police unit detain him.

Once he was detained by Officers I asked him his name and he said, "Steve Lazott". I informed him he was under arrest. I confirmed that he was Stephen Lazott. Stephen Lazott was searched incident to arrest, and inside his wallet he had sixty dollars in cash.

Lazott provided me with the unlock code to his cell phone and allowed me to search the contents of both his cell phone and his vehicle voluntarily. The first conversation up on his Facebook Messaging application was MF's Facebook account. Additionally, there were numerous other Facebook conversations on his messaging application, which appeared to be with other younger females, who appeared between the ages of 17 and 19. Many of these conversations contained some of the same content as the conversation with MF.

Stephen Lazott also had numerous nude images of younger looking females saved on his cell phone, which appeared to come from text messages or his Facebook messaging.

Stephen Lazott was transported to San Diego Police headquarters for processing, where he was advised of his Miranda rights, which he said he understood and waived. He essentially stated he has been depressed because he was laid off seven months ago. He admitted to messaging with MF and being told she was 16 years old. He claimed he was going to verify her age once he met her. He wrote the messages to MF with the intention of paying her for sex, but wasn't sure exactly what he was going to do until he met MF. Lazott also stated he has done the same thing lots of times with other girls on Facebook. I showed certain Facebook messages to him from his cell phone and he admitted to meeting the girls on Facebook and arranging sex acts with the females. He claimed they were "18". I asked Lazott if he was using Facebook like a backpage.com and he agreed.